Dismissed and Memorandum Opinion filed December 22, 2005









Dismissed and Memorandum Opinion filed December 22,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01135-CR

NO.
14-05-01136-CR

____________

 

REGINALD
LASALLE SMITH, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
232nd District Court

Harris County,
Texas

Trial Court Cause Nos. 1037762
& 1037847

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to two charges of forgery of a
commercial instrument.  In accordance
with the terms of the plea bargain agreements with the State, the trial court
sentenced appellant on October 21, 2005, to confinement for one year in the
State Jail Division of the Texas Department of Criminal Justice in each case,
with the sentences to be served concurrently. 
Appellant filed a pro se notices of appeal from both judgments.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in each case in
which the court certified that each is a plea bargain case, and that the
defendant has no right of appeal.  See
Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).  The certifications are supported by the
records.  See Dears v. State, 154
S.W.3d 610, 614‑15 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 22, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.  

Do Not Publish C Tex. R. App.
P. 47.2(b).